

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00138-CV

**WILLIAM TATE, JR.,**

                                                                                        **Appellant**

 **v.**

**WALTER MORTGAGE COMPANY,**

                                                                                        **Appellee**

---

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 11-001754-CV-272**

---

## MEMORANDUM  OPINION

---

Appellant William Tate, Jr., presented a notice of appeal regarding a trial court order or judgment signed on April 30, 2012.  By letter dated, June 7, 2012, the Clerk of this Court notified Tate that the docketing statement was past due and must be filed within 21 days from the date of the letter.  No docketing statement was received and filed.  By letter dated July 26, 2012, the Clerk of this Court warned Tate that the appeal would be dismissed without further notification unless, within 14 days from the date of

the letter, a docketing statement was filed. Again, no docketing statement was received and filed.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3(b).


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 30, 2012
[CV06]